IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00251-M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED TRIAL |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| JOSEPH PLUMMER; | ) | |
| TAWANNA LUCRETIA GODWIN, | ) | |
| | ) | |
| Defendants. | ) | |

This case is set for a jury trial to commence **January 3, 2024 at 10:00 a.m.** before Richard E. Myers II, Chief United States District Judge, in Courtroom 160, 1003 17th Street, Wilmington, North Carolina. Trial is estimated to run for 3 days.

The court will hold a pretrial conference on Wednesday, **December 20, 2023 at 10:00 a.m.** in Courtroom 160, Wilmington. Counsel for the parties shall produce copies of their witness lists and exhibit lists at the conference, and shall be prepared to discuss disagreements, if any, concerning the parties' proposed lists, voir dire questions, jury instructions, and/or verdict form; evidentiary issues, including any motions in limine; contested issues of law; and suggestions, if any, for how to streamline the trial.

On or before December 13, 2023, counsel for each party shall file: (1) proposed voir dire questions (*see* Local Criminal Rule 24.2(b)); and (2) requests for jury instructions (*see* Local Criminal Rule 30.1), including an instruction containing the parties' stipulation(s), and (3) a proposed verdict form. Counsel shall also submit Word copies of these documents to chambers, addressed to Documents_Judge_Myers@nced.uscourts.gov.

In addition, counsel for each party shall file any motions in limine on or before December 6, 2023. Any responses shall be filed on or before December 13, 2023.

Furthermore, with respect to expert witnesses:

- No later than December 6, 2023, the parties shall make the following disclosures, if any:

    (a) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its case-in-chief; and

    (b) if the Defendant has given notice of intent to introduce expert evidence relating to the Defendant's mental condition pursuant to Fed. R. Crim. P. 12.2(b), the Defendant shall make the disclosures required by the second bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i).

- No later than December 20, 2023, the parties shall make the following disclosures, if any:

    (a) the Defendant shall make the disclosures required by the first bullet point in Fed. R. Crim. P. 16(b)(1)(C)(i); and

    (b) the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G)(i) on the issue of the Defendant's mental condition.

- No later than December 27, 2023, the United States shall make the disclosures required by Fed. R. Crim. P. 16(a)(1)(G) with respect to testimony the United States intends to use at trial during its rebuttal case.

The court has determined that the ends of justice served by the time necessary to prepare for trial outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by this order shall therefore be excluded in computing Defendant's speedy-trial time.

*See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this __19th__ day of September, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE