IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00251-M-KS-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH PLUMMER,

    Defendant.

ORDER

This matter comes before the court on Defendant's motions to seal and for leave to file additional motions [DE 221, 222]. For good cause shown, the motions are GRANTED as follows.

The clerk shall maintain under seal the document at DE 220 until further order of the court. The clerk may furnish copies to the Assistant United States Attorney and Defense Counsel.

No later than December 13, 2023, Defendant may file additional motions in limine in relation to "Discovery Production 5" and any subsequent discovery productions.

SO ORDERED this 12th day of December, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE